

# REAL ESTATE OPINION                    8/30/2015

SUBJECT PROPERTY:  1064 Finny Avenue, Blacklick, Ohio 43004
OWNER              Timothy Kulich
TAX CARD VALUE     $158,100
PROPERTY DESCRIPTION:
    3 Bedroom    2.5 Bath    Built 2005    Ranch
    1960 Square feet    2 Car Attached Garage
    Slab Basement    City Lot

COMPARABLE HOME SALES:

    1063 Garey Valley, Blacklick, Ohio 43004
    3 Bedroom    2.5 Bath    Built 2008    Ranch
    2024 square feet    2 Car Attached Garage
    Slab Bsmt    City Lot
    Notes: Great condition.
    **SOLD**    7/2/2015    $147,706

    7875 Asheden Drive, Blacklick, Ohio 43004
    3 Bedroom    2.5 Bath    Built 2010    2 Story
    1832 square feet    2 Car Attached Garage
    Slab Basement    City Lot
    Notes: Great condition.
    **SOLD**    4/21/2015    $143,000

    7907 Asheden Drive, Blacklick, Ohio 43004
    3 Bedroom    3 Bath    Built 2010    2 Story
    1892 square feet    2 Car Attached Garage
    Slab Bsmt    City Lot
    Notes: Great condition, upgraded finishes.
    **SOLD**    7/24/2015    $152,000

COMMENT:  The owner indicates the dormer window needs replaced on the front of the home. The flooring needs replaced and possibly some subflooring. The driveway needs replaced and there is water damage from a leak in the dryer line. Upon comparing both the current homes on the market and those that have sold, both positively and negatively adding for features, I would place a value on the above mentioned property at **$135,000**. This is strictly an opinion based on the particulars of the home. This value is based on the home being in at least "Fair" condition.

Tara Krotzer
Equity, Inc.